IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Juneidy Mijangos Vargas, on behalf of minor J.A.M., : : : Plaintiff, : : v. : : The United States of America, : : Defendant. : | Civil Action No. 1:17-CV-05052-SCJ |

## NOTICE OF SETTLEMENT

Defendant United States of America and Plaintiff Juneidy Mijangos Vargas, on behalf of minor J.A.M., by and through counsel, hereby give notice that a settlement has been reached to resolve all of Plaintiff's claims in this case. The parties request that the Court stay further proceedings to allow sufficient time for them to finalize a settlement and effectuate payment. Once the settlement is finalized and payment is effectuated, Plaintiff will file a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41.

October 13, 2020

s/ Bradley B. Banias
BRADLEY B. BANIAS
South Carolina Bar No. 76653
Wasden Banias LLC
1037 Chuck Dawley Boulevard
Suite D100

Respectfully submitted,

BYUNG J. PAK
UNITED STATES ATTORNEY

s/ Gabriel Mendel
Gabriel Mendel

-1-


| | |
|---|---|
| Mount Pleasant, SC 29464<br>P: 843.410.9340<br>brad@wasdenlaw.com<br><br>*Appearing Pro Hac Vice*<br><br>Attorney for Plaintiff | Assistant United States Attorney<br>Georgia Bar No. 169098<br>600 United States Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia  30303<br>Voice:  (404) 581-6000<br>Facsimile: (404) 581-4667 |

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Juneidy Mijangos Vargas, on behalf of minor J.A.M., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> The United States of America, : <br> : <br> Defendant. : | Civil Action No. <br><br> 1:17-CV-05052-SCJ |

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

Respectfully submitted,

*s/ Gabriel Mendel*
Gabriel Mendel
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Juneidy Mijangos Vargas, on behalf of minor J.A.M., | : : : |
| Plaintiff, | : : |
| v. | : : : |
| The United States of America, | : : |
| Defendant. | : |

Civil Action No.

1:17-CV-05052-SCJ

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system.

This 13th day of October, 2020.

Respectfully submitted,

*s/ Gabriel Mendel*
Gabriel Mendel
Assistant U.S. Attorney